Argued June 26, affirmed June 26, 1972

STATE OF OREGON, *Respondent, v.* STANFORD
LEON MERRICK (No. C-71-10-3299 Cr), *Appellant.*

498 P2d 385

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the briefs were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and
Thornton, Judges.

Affirmed from the bench.